TDCJ Offender Details

80,753-02

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 08447435 |
| **TDCJ Number:** | 01737915 |
| **Name:** | CLARK,MOTREALE LE-KEITH |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1989-08-09 |
| **Maximum Sentence Date:** | 2031-11-18 |
| **Current Facility:** | SMITH |
| **Projected Release Date:** | 2031-11-18 |
| **Parole Eligibility Date:** | 2021-11-26 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:** Offender is not scheduled for release at this time.

**Scheduled Release Type:** Will be determined when release date is scheduled.

**Scheduled Release Location:** Will be determined when release date is scheduled.

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2009-09-14 | SEX ASSLT | 2013-02-11 | HILL | 36,149 | 20-00-00 |